UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUANE HIGDON,

    Plaintiff,

v.                                                     CASE NO. 8:19-cv-547-T-23TGW

LASER SPINE INSTITUTE, LLC, et al.,

    Defendants.
_____/

**<u>ORDER</u>**

On behalf of a proposed class, Duane Higdon sues (Doc. 1) Laser Spine Institute for violating the WARN Act in March 2019. Higdon moves (Doc. 14) for certification of a class, for appointment as class representative, and for appointment of his attorneys as class counsel. In another case, 8:19-cv-539-T-23AAS, the plaintiff alleges that Laser Spine Institute violated the WARN Act and moves for class certification, appointment as class representative, and appointment of that plaintiff's attorney as class counsel. And in a third case, 8:19-cv-535-T-23JSS, the plaintiff alleges that Laser Spine Institute violated the WARN Act, and an order lifts a stay and permits the plaintiff to move for class certification, appointment as class representative, and appointment of that plaintiff's attorney as class counsel.

Solely for the purposes of determining whether to certify a class, whether to appoint a class representative, and whether to appoint class counsel, the cases —

8:19-cv-535-T-23JSS, 8:19-cv-539-T-23AAS, 8:19-cv-547-T-23TGW — are consolidated. Higdon's motion (Doc. 14) is **REFERRED** to Magistrate Judge Julie S. Sneed for disposition.

ORDERED in Tampa, Florida, on June 13, 2019.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE