UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DUANE HIGDON,

    Plaintiff,

v.                                              CASE NO. 8:19-cv-547-T-23TGW

LASER SPINE INSTITUTE, LLC, et al.,

    Defendants.
_____/

**<u>ORDER</u>**

On behalf of a proposed class, Duane Higdon sues (Doc. 1) Laser Spine Institute for violating the WARN Act in March 2019. Higdon moves (Doc. 14) for certification of a class, for appointment as class representative, and for appointment of his attorneys as class counsel.

"Solely for the purposes of determining whether to certify a class, whether to appoint a class representative, and whether to appoint class counsel," a June 13, 2019 order (Doc. 17) consolidates this case with two other cases in which a former LSI employee sues LSI for violating the WARN Act in March 2019. In *Embry v. Laser Spine Institute, LLC*, 8:19-cv-539-T-23AAS, Heather Embry, the plaintiff, moves for certification of a class, for appointment as class representative, and for appointment of Embry's attorneys as class counsel. And in *Ali v. Laser Spine Institute, LLC*, 8:19-cv-535-T-23JSS, Deanna Ali, the plaintiff, moves to adopt Embry's motion. In other

words, Ali and Embry move to certify the same class, to represent the class together, and to appoint their attorneys as class counsel.  A June 26, 2019 order in *Ali* allows Ali to adopt Embry's motion and states that Ali's motion and Embry's motion will be considered together.

No later than **JULY 3, 2019**, Higdon may respond to the motions in *Ali* and *Embry*.  A response must not exceed **FIFTEEN PAGES**.

ORDERED in Tampa, Florida, on June 26, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE